IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN MICHAEL JOSEPH HOFFMAN,<br><br>Defendant | 8:25CR104<br><br>ORDER |

This matter is before the court on the defendant, Dylan Michael Joseph Hoffman's Unopposed Motion to Continue Trial [26]. Counsel needs more time to finalize plea negotiations and paperwork. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted as follows:

1. The jury trial, now set for August 19, 2025, is continued to **October 21, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 21, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: August 7, 2025.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge